UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2025
```

MENACHEM LICHTER,

          Plaintiff,

-against-

MARC AVI FROHLICH, FROHLIC FINANCIAL GROUP, LLC,

          Defendants.

22-cv-626 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On April 1, 2025, the Court issued an Order to Show Cause directing Plaintiff Menachem Lichter ("Plaintiff") to show cause in writing on or before April 22, 2025, as to why Plaintiff's action should not be dismissed for want of prosecution pursuant to Federal Rules of Civil Procedure 41(b). To date, the deadline expired 8 days ago, and Plaintiff has failed to respond to the Order to Show Cause.

Accordingly, the Court DISMISSES the above-captioned action without prejudice for want of prosecution. The Clerk of the Court is kindly directed to terminate this action.

Dated: April 30, 2025
       White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge